# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TERRENCE TERRELL PARKER,**

   **Plaintiff,**

**v.**                                    **Case No.  4:20cv41-MW/MAF**

**STATE OF FLORIDA, et al.,**

   **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court order." The Clerk shall also close the file.

**SO ORDERED on April 13, 2020.**

                    s/Mark E. Walker_____
                    **Chief United States District Judge**